**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204,** *et al.*                                          **PLAINTIFFS**

**V.**                            **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                        **DEFENDANTS**

**ORDER**

The Court has received the July 20, 2007 Partial Recommended Disposition from Magistrate Judge Beth Deere.  The Court has reviewed the objections and additional material provided by plaintiff on July 30, 2007 and August 9, 2007.

The Court finds that while plaintiff does have a liberty interest in familial relationships and a substantive due process right to control the care and custody of her children cognizable under 42 U.S.C. § 1983, *see Dornheim v. Sholes*, 430, F.3d 919 (8th Cir. 2005) (parents have liberty interest in familial relationships and have substantive due process right to control the care and custody of their children), this Court lacks jurisdiction over these claims. *See Kahn v. Kahn*, 21 F.3d 859 (8th Cir. 1994) (federal courts do not exercise jurisdiction over such proceedings involving parental rights).[1]

Thus, plaintiff's parental interference claims and defendants Julia Webber, Cherry Garrett, Stephanie England, Julie Redd, and Kathy Pirano are dismissed without

---

[1] The Court notes that plaintiff has appealed the termination of her parental rights to the Kansas Supreme Court.

prejudice.

For the reasons stated by the Magistrate Judge and adopted by this Court as its own findings, (1) Kathleen M. Dechant is dismissed as a plaintiff; (2) plaintiff's claim that Arkansas Department of Corrections officials falsely accused her of an escape is dismissed without prejudice; and (3) the plaintiff may proceed against all the Arkansas Department of Correction defendants who are alleged to have interfered with her legal mail or her right of access to the court.

IT IS SO ORDERED, this   15   day of   August , 2007.

_____
UNITED STATES DISTRICT JUDGE