**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204**                                            **PLAINTIFF**

**V.**                       **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                           **DEFENDANTS**

### ORDER

For the reasons previously stated by the Court, plaintiff's Motion for Reconsideration is denied (#37).

IT IS SO ORDERED, this   29   day of   August  , 2007.

_____
UNITED STATES DISTRICT JUDGE