**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204, *et al.*                          PLAINTIFFS

V.                              CASE NO. 1:07CV00025 JMM/BD

NURZUHAL FAUST, *et al.*                                        DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety[1].

Accordingly, the Court hereby DENIES as moot the motions to dismiss filed by Separate Defendants Separate Defendants Nurzuhal Faust, Linda Dixon, Sonya Whitefield McGinnis-Douglas, Linda Dykes, Maggie Capel, John A. Maples, Jim Smith, Patricia A. Roberts, Candice Ashby, Lavonda K. Donavion, Lori Tacker, Judith Steed, William Caraway, Jeffrey T. Deen (#34) and Leslie Zomant (#42).

IT IS SO ORDERED, this 2nd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff has indicated in her Objections filed December 27, 2007 that she does not intend to name all Defendants in her Amended Complaint.  The Court will address the dismissal of any unnamed Defendants at that time.