## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**THERESA CATHERYNNE**
**PRYOR-KENDRICK, ADC #708204**                                              **PLAINTIFF**

**V.**                    **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                 **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the motion to dismiss (#67) filed by Defendants Faust, Dixon, McGinnis-Douglas, Dykes, Capel, Maples, Smith, Roberts, Ashby, Donavion, Tacker, Steed, Caraway, and Deen is GRANTED IN PART, and DENIED IN PART.  All claims against Defendants Jim Smith, William Caraway, Linda Dykes, Patricia Roberts, Lori Tacker and Candice Ashby are dismissed without prejudice.

IT IS SO ORDERED, this 25th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE