FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 3 2008

JAMES W. McCORMACK, CLERK
By: Jackson
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204, *et al.*　　　　　　　　　PLAINTIFFS

V.　　　　　　CASE NO. 1:07CV00025 JMM/BD

NURZUHAL FAUST, *et al.*　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Separate Defendant Henry Boyce's motion to dismiss is GRANTED (#86) and all claims against Defendant Boyce are DISMISSED WITH PREJUDICE. The Court also GRANTS Plaintiff's motion to dismiss (#98). All claims against Defendants P. McCoy, Shawna Reid, Richardson-Beshears, Wayland, S. McCrory, L. Sluder, Petit, C. Corrington, C. Compton, Ronald Bailey, Roger Ayers, Judy Taylor, Wendy Kelley, Roy Agee, Pam Wilson, and Pratt are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE