IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204, *et al.*　　　　　　　　　　　PLAINTIFFS

V.　　　　　　　CASE NO. 1:07CV00025 JMM/BD

NURZUHAL FAUST, *et al.*　　　　　　　　　　　　　　　　DEFENDANTS

ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Court finds that Plaintiff's motions to amend her complaint (docket entries #80, #94, and #97) be DENIED.

IT IS SO ORDERED, this 17th day of April, 2008.

UNITED STATES DISTRICT JUDGE