# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**THERESA CATHERYNNE**
**PRYOR-KENDRICK, ADC #708204,** *et al.*                                **PLAINTIFFS**

**V.**                        **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                **DEFENDANTS**

### ORDER

Pending is Plaintiff's reply to the Partial Recommended Disposition from Magistrate Judge Beth Deere which the Court has docketed as a Motion for Reconsideration. (Docket # 126). The Court adopted the Recommended Disposition over Plaintiff's objections on April 3, 2008. Plaintiff's current pleading provides no additional information which would alter the Court's determination. Accordingly, for the reasons stated in the Court's April 3, 2008 Order, Plaintiff's motion for reconsideration is denied.

IT IS SO ORDERED, this 7th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE