**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204,** *et al.* **PLAINTIFFS**

**V.        CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.* **DEFENDANTS**

**ORDER**

Pending is Plaintiff's reply to the Partial Recommended Disposition from Magistrate Judge Beth Deere which the Court has docketed as a Motion for Reconsideration. (Docket # 128). The Court did not receive timely objections from Plaintiff and adopted the Recommended Disposition on April 17, 2008. The Court has reviewed Plaintiff's current pleading which contains her objections to the Recommended Disposition and concludes that the Recommended Disposition should have been and was properly approved and adopted as this Court's findings. Plaintiff's current pleading provides no additional information which would alter the Court's determination. Accordingly, for the reasons stated in the Court's April 17, 2008 Order, Plaintiff's motion for reconsideration is denied.

IT IS SO ORDERED, this 7th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE