# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204, *et al.*                        PLAINTIFFS

V.                        CASE NO. 1:07CV00025 JMM/BD

NURZUHAL FAUST, *et al.*                                     DEFENDANTS

## ORDER

Pending is Plaintiff's motion to dismiss party (docket entry #161). In the motion, Plaintiff requests that all claims against Separate Defendants Janet Tiner and Bobbie Aliceson be dismissed.[1]  Plaintiff's motion (#161) is GRANTED.  All claims against Separate Defendants Tiner and Aliceson are dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff spelled Separate Defendant Aliceson's last name "Alliceson," the docket sheet indicates that the last name is spelled "Aliceson."