**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**THERESA CATHERYNNE**
**PRYOR-KENDRICK, ADC #708204,** *et al.*                               **PLAINTIFFS**

**V.**                    **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                            **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to dismiss party (docket entry #167). In the motion, Plaintiff requests that all claims against Separate Defendant Crystal Lavender be dismissed. Plaintiff's motion (#167) is GRANTED. All claims against Separate Defendant Lavender are dismissed without prejudice.

IT IS SO ORDERED this 1st day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE