# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

THERESA CATHERYNNE
PRYOR-KENDRICK, ADC #708204                                                    PLAINTIFF

V.                         CASE NO. 1:07CV00025 JMM/BD

NURZUHAL FAUST, *et al.*                                                       DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. Plaintiff has filed a "motion to receive copy of docket # 163", wherein she recognizes the prematurity of her motion for default and requests a copy of Dr. Daniel's answer. (Docket # 190). After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for default judgments against separate Defendants June Daniels, Bobby Coleman, and Christy Townsend (#176) is DENIED. Plaintiff's motion for copies is granted, the Clerk is directed to send Plaintiff a copy of docket # 163.

IT IS SO ORDERED, this 25th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE