# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CATHERYNNE KENDRICK,**
**ADC #708204**                                                                      **PLAINTIFF**

**V.**                    **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to dismiss (#207). In the motion, Plaintiff requests that all claims against Dr. June Daniels and Bobby Coleman be dismissed. The Court GRANTS Plaintiff's motion (#207). All claims against Defendants Daniels and Coleman are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE