# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CATHERYNNE W. KENDRICK,**
**ADC #708204**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to dismiss (docket entry #228). In the motion, Plaintiff requests that Defendants Lambert and Dyer be dismissed as party Defendants in this case. However, these individuals are currently not named as party Defendants in this matter. Accordingly, Plaintiff's motion (#228) is DENIED as moot.

IT IS SO ORDERED this 26th day of August, 2008.


_____
UNITED STATES DISTRICT JUDGE