**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CATHERYNNE KENDRICK,
ADC #708204**                                                                                            **PLAINTIFF**

**V.**                  **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Amended Complaint (docket entry #215) is DISMISSED WITHOUT PREJUDICE. Plaintiff may proceed on the claims raised in her First Amended Complaint and the Addendums to her First Amended Complaint.

IT IS SO ORDERED, this 29th day of August, 2008.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE