**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CATHERYNNE W. KENDRICK,
ADC #708204**                                                                                      **PLAINTIFF**

**V.                         CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for reconsideration, docket # 238, asking the Court to reconsider the Court's Order adopting the partial recommended disposition from Magistrate Judge Beth Deere, docket # 31. For the reasons set forth in the Order entered August 15, 2007 as well as the reasons stated by the Magistrate Judge, Plaintiff's motion for reconsideration is denied.

IT IS SO ORDERED, this 4th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE