# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CATHERYNNE KENDRICK,**
**ADC #708204**                                                                                        **PLAINTIFF**

**V.**                         **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to dismiss (docket entry #313). In the motion, Plaintiff requests that all claims against Captain Jeffrey Deen, Sgt. Mickey Robertson, and Lt. Deborah Masters be dismissed. The Court GRANTS Plaintiff's motion (#313). All claims against Defendants Deen, Robertson, and Masters are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE