**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CATHERYNNE KENDRICK,**
**ADC #708204**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                                **DEFENDANTS**

### ORDER

Pending is Plaintiff's motion to dismiss (docket entry #323). In the motion, Plaintiff requests that the following individuals be dismissed as party Defendants in this matter: Larry Norris, Larry May[1], James Gibson, William Jones, Phillip W. Cargill, Dexter L. Payne, and N. Faust. The Court GRANTS Plaintiff's motion (#323). All claims against Defendants Norris, May, Gibson, Jones, Cargill, Payne, and Faust are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In the motion, Plaintiff identifies this Defendant as Larry Mays. However, the docket sheet indicates that the correct name for this individual is Larry May.