IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CATHERYNNE KENDRICK,
ADC #708204                                                                                          PLAINTIFF

V.                         CASE NO. 1:07CV00025 JMM/BD

NURZUHAL FAUST, *et al.*                                                                       DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Motion for Injunctive Relief (docket entry #331) is DENIED.

IT IS SO ORDERED, this 8th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE