**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CATHERYNNE KENDRICK,**
**ADC #708204**                                                                                    **PLAINTIFF**

**V.**                                        **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                        **DEFENDANTS**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the recommendation, as well as a  *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for order to reinstate defendants (docket entry #350) is DENIED.

IT IS SO ORDERED, this 12th day of November,  2009.


_____
UNITED STATES DISTRICT JUDGE