# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CATHERYNNE KENDRICK,**
**ADC #708204**                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                              **DEFENDANTS**

## ORDER

Plaintiff has filed a motion to dismiss claims (docket entry #351).  In the motion, Plaintiff requests that the following claims be dismissed: (1) unwarranted placement in administrative segregation; (2) gender discrimination; (3) violation of her first amendment right to freedom of speech, and (4) violation of her due process rights during her disciplinary hearings.

The Court intends to dismiss Plaintiff's claims with prejudice.  If these claims are dismissed with prejudice, Plaintiff will be precluded from further litigating these claims.  Accordingly, Plaintiff is hereby notified of her opportunity to withdraw her motion if she so chooses within ten days of the date of this Order.  If no action is taken by Plaintiff within this time period, the Court will dismiss Plaintiff's claim with prejudice.

IT IS SO ORDERED this 12th day of November, 2009.


_____
UNITED STATES DISTRICT JUDGE