**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CATHERYNNE W. KENDRICK,**                                                           **PLAINTIFF**
**ADC #708204**

**V.**                          **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                          **DEFENDANTS**

### ORDER

Plaintiff has filed a motion to dismiss certain Defendants from this lawsuit (docket entry #368). Plaintiff seeks to have Defendants Christy Townsend, Martin Pope, and Amanda Dutton-Jackson dismissed as party Defendants. Plaintiff's motion (#368) is GRANTED. All claims against these Defendants are DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE