**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CATHERYNNE W. KENDRICK,**                                                              **PLAINTIFF**
**ADC #708204**

V.                               **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                              **DEFENDANTS**

**ORDER**

Plaintiff has filed a motion to dismiss claims (docket entry #351). In the motion, Plaintiff requests that the following claims be dismissed: (1) unwarranted placement in administrative segregation; (2) gender discrimination; (3) violation of her first amendment right to freedom of speech; and (4) violation of her due process rights during her disciplinary hearings.

Plaintiff previously was notified that the Court intends to dismiss Plaintiff's claims with prejudice (#362). Accordingly, Plaintiff was notified of her opportunity to withdraw her motion. The Court specifically cautioned Plaintiff that if she failed to take any action, the Court would dismiss Plaintiff's claims with prejudice.

At this time, although Plaintiff filed a motion to dismiss her motion to dismiss (#371) docketed as a motion to withdraw, in the motion, Plaintiff specifically states that she continues to seek to have these claims dismissed.

Accordingly, at this time, Plaintiff's motion to dismiss (#351) is GRANTED and Plaintiff's motion to withdraw (#371) is DENIED as moot. Plaintiff's claims regarding: (1) her unwarranted placement in administrative segregation; (2) gender discrimination;

(3) violation of her first amendment right to freedom of speech; and (4) violation of her due process rights during her disciplinary hearings are DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE