IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CATHERYNNE KENDRICK,
ADC #708204                                                                           PLAINTIFF

V.                        CASE NO. 1:07CV00025 JMM/BD

NURZUHAL FAUST, *et al.*                                                        DEFENDANTS

# ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Court recommends that Defendants' motion for summary judgment (#338) be GRANTED in part, and DENIED in part. Plaintiff should only be allowed to proceed on her claims that: (1) Defendants Donavion and Dixon violated her first amendment right to freedom of religion by destroying Plaintiff's Catholic Bible; and (2) Defendants Capel, Dixon, Zomant, and Donavion violated her first amendment right to freedom of religion by denying her access to her rosary beads and her religious self-help book. Plaintiff's remaining claims are DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of January, 2010.

_____
UNITED STATES DISTRICT COURT