IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CATHERYNNE W. KENDRICK,**             **PLAINTIFF**
**ADC #708204**

**V.**          **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*             **DEFENDANTS**

## ORDER

Plaintiff previously filed two motions to dismiss (docket entries #388 and #389). The Court granted the motions in part, and denied the motions in part. The Court notified Plaintiff that it intended to dismiss her claims against Defendants Zomant, Dixon, and Capel with prejudice, and Plaintiff was notified of her opportunity to withdraw her motion. The Court specifically cautioned Plaintiff that if she failed to act, the Court would dismiss her claims with prejudice.

As of this date, Plaintiff has not filed a motion to withdraw her motion to dismiss. Accordingly, Plaintiff's claims against Defendants Zomant, Dixon, and Capel are hereby DISMISSED with prejudice.[1]

IT IS SO ORDERED this 24th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously notified Plaintiff that it also intended to dismiss Plaintiff's failure to protect and condition of confinement claim with prejudice. The Court, however, dismissed those claims on January 6, 2010. (#396)