**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CATHERYNNE W. KENDRICK,
ADC #708204**                                                                                       **PLAINTIFF**

**V.                        CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                                                   **DEFENDANTS**

**ORDER**

      The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

      Plaintiff's remaining claims are DISMISSED.  Plaintiff's claim regarding the destruction of her Catholic Bible are dismissed without prejudice.  Plaintiff's claim regarding the confiscation of her rosary beads and her religious self-help books are dismissed with prejudice.

      It IS SO ORDERED this 1st day of February, 2011.

 

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE