# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CATHERYNNE W. KENDRICK,**
**ADC #708204**                                                                     **PLAINTIFF**

**V.**                        **CASE NO. 1:07CV00025 JMM/BD**

**NURZUHAL FAUST,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 1st day of February, 2011.


_____
UNITED STATES DISTRICT JUDGE