IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CATHERYNNE W. KENDRICK**  **PLAINTIFF**
**ADC #708204**

VS.                      CASE NO. 1:07CV00025  JMM/BD

**NURZUHAL FAUST, et. al.**                      **DEFENDANTS**

### ORDER

Pending before the Court is the Motion for Assessment of Out-Of-Pocket Expenses of Appointed Counsel filed by counsel for Catherynne W. Kendrick (#447).  Having considered the application pursuant to the guidelines and policies of the Library Fund, the motion is granted and the Court orders the Clerk of the Court to disburse money from the Library Fund in the amount of  $1,619.79  and to distribute it to the named applicant.   A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

Any remaining costs are considered  incidental to normal preparation of trial. *See* Local Rule 83.6 of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED THIS 23rd day of February, 2011.

_____
James M. Moody
United States District Court.