IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CATHERYNNE KENDRICK**                                                                    **PLAINTIFF**

**V.**                                       **NO. 1:07CV00025 JMM**

**LAVONDA DUNAVION**
                                                                                                    **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action was tried February 25-26, 2013, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned its verdicts on February 26, 2013 in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Catherynne Kendrick, take nothing on this complaint against Lavonda Dunavion and the same is hereby dismissed.

Dated this 1st day of March, 2013.

_____
James M. Moody
United States District Judge